| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>**Rhonda K. Walker**<br>**The Solutions Law Center**<br>**8050 Florence Ave**<br>**Suite 14**<br>**Downey, CA 90240**<br>**(562) 806-5769 Fax: (562) 806-5784**<br>California State Bar Number: **175108**<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br>CASE NUMBER **8:10-bk-19527-RK** |
| In re<br><br>Alfredo Trejo Villanueva<br>Margarita Navarrette<br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, **Alfredo Trejo Villanueva & Margarita Navarrette** *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on **7/12/2010**.

2. I am the owner of real property[1] at the following street address:

    **4261 W Lucky Way   Santa Ana, CA 92704**

    _____ (the "Property").

3. The Property is encumbered by the following deeds of trust:

    a. First deed of trust in favor of **Aurora Loan Services  P.O. Box #78112   Phoenix, AZ 85062-8112**.

    b. Second deed of trust in favor of ____ *(if applicable)*.

    c. Third deed of trust in favor of ____ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 3015-1.4**
Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*

*Local Bankruptcy Rule 3015-1(m) - Page 2 of 5*

F 3015-1.4

| In re<br>**Alfredo Trejo Villanueva**<br>**Margarita Navarrette**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **8:10-bk-19527-RK** |
|---|---|

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Aurora Loan Services P.O. Box # 78112  Phoenix, AZ 85062 | $2,527.79 | 7/21/2010 | 7/19/2010 |
|  | $2,527.79 | 8/18/2010 | 8/18/2010 |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

*(Continued on next page)*

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*   F 3015-1.4
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 5*

| In re<br>**Alfredo Trejo Villanueva**<br>**Margarita Navarrette**<br>Debtor(s). | CHAPTER 13<br>CASE NUMBER **8:10-bk-19527-RK** |
|---|---|

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,    ☐ money orders,    ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date **August 7, 2010**        Signature  **/s/ Alfredo Trejo Villanueva**
                                          **Alfredo Trejo Villanueva**
                                          Debtor

Date **August 7, 2010**        Signature  **/s/ Margarita Navarrette**
                                          **Margarita Navarrette**
                                          Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                  F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

**WELLS FARGO**

Wells Fargo Online®

< Back to Previous Page

# Payment Details

? Help

### AURORA LOAN SERV (Account Number xxxxxx8525)

| Payment Account | Send On | Payee Name and Address | Amount | Reference # |
|---|---|---|---|---|
| XXXXXX6181 COMPLETE ADVANTAGE(RM | 07/19/2010 | AURORA LOAN SERVICES PO BOX 78112 PHOENIX, AZ 85062-8112 | $2,527.79 | LBDBRK97 |

| | |
|---|---|
| **Name on Account** | MARGARITA TREJO |
| **Payment Type** | Electronic |
| **Check Number** | 6496388 |
| **Deliver By** | 07/21/2010 |
| **Status** | Payment Processed on 07/19/2010 |

Inquire About Payment

**Payments Help**

To report a problem with a payment in Payment Processed, Check Cashed or Stop/Return status, select the Inquire About Payment link. We recommend that you wait until after the Deliver By date to verify whether the payee received the payment.

Learn more about:
Address on File
Payment Type
Check Number
Deliver By
Stop/Return

Bill Pay Overview | Payments | Payees | eBills | Reports | Notices | User Profile
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
Equal Housing Lender
© 2001- Wells Fargo. All rights reserved.

**Wells Fargo Online®**

Sign Off | Home | Locations | Contact Us | Online Security Guarantee

Accounts   Bill Pay   Transfers   Brokerage   Account Services   Messages & Alerts   Products & Offers
Bill Pay Overview   Payments   Payees   eBills   Reports   Notices   User Profile

Unviewed Notices (0)
Unpaid eBills (0)
Pending Payments (2)

[?] Help

## Bill Pay Overview

Protect the investment you've made in your home with Homeowners Insurance coverage. Learn More.

i Learn  Bill Pay At a Glance!

### Quick Tips

Experience Bill Pay!
Take a Tour!
What's new with Bill Pay ?
View Recent Changes

How to make a same-day payment to your Wachovia, Wells Fargo Financial or Wells Fargo Bank credit card or line of credit.

**Payment Account(s)**
Accounts you can use to pay your bills.

**Checking Accounts**
COMPLETE ADVANTAGE
(RM XXXXXX6181
Avail. Balance:      $3,415.62
Sched. Payments:  -$2,705.86
Projected* (06/25):    $709.96

**Credit Accounts**
Credit Card
Apply Now
Personal Line of Credit
Apply Now
Home Equity Line
Apply Now

* Estimate based on your current available balance or credit less any scheduled Bill Pay payments through 08/25/2010.

**Other Services**
Overdraft Protection

### Make Payment

+ Add Payee    ✱ Customize Page

To make a payment, enter an Amount and a Send On date and click Continue.

⊙ Payments due? Show now

Click on link column headers to sort

| Payee | Pending Payment | Last Paid | Amount | Send On | | Deliver By |
|---|---|---|---|---|---|---|
| AT&T BILL (SBC - [icon] Activate eBills xxxxxxxxxxx1093 | | $92.71 08/06/2010 | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| AT&T U-verse xxxxx4910 | | $114.77 08/06/2010 | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| [redacted] | [redacted] | [redacted] 07/19/2010 | | 08/19/2010 | [icon] | 08/23/2010 ⚡ 2 business day(s) |

Hide Payment Summary

**AURORA LOAN SERVICES**   PO BOX 78112, PHOENIX, AZ 85062-8112 (800) 550-0508

| Pending Payments | | | Recent Payments | | | Payment Reminder |
|---|---|---|---|---|---|---|
| Edit upcoming payment | Set up automatic payments | | View all | | | Start receiving reminders in Bill Pay when your payments are typically due. |
| Amount | Send On | Deliver By | Amount | Sent | Delivered | Set up payment reminder |
| $2,527.79 | 08/18/2010 | 08/20/2010 | $2,527.79 | 07/19/2010 | 07/21/2010 | |

| Payee | Pending Payment | Last Paid | Amount | Send On | | Deliver By |
|---|---|---|---|---|---|---|
| City Of Santa An xxxxxx5078 | | $216.97 06/23/2010 | $ | 08/19/2010 | [icon] | 08/26/2010 5 business day(s) * |
| Show Payment Summary | | | | | | |
| GE MONEY BANK xxxxxxxxxxxx7171 | | $100.00 05/10/2010 | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| HOAG MEMORIAL HO xxxx3986 | | $160.45 05/10/2010 | $ | 08/19/2010 | [icon] | 08/26/2010 5 business day(s) * |
| Show Payment Summary | | | | | | |
| NATIONAL CITY IN xxxxxxxxxxx5339 | | | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| SALLIE MAE xxxxxxx8911 | | | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| SOUTHERN CALIFOR [icon] Activate eBills xxxxxx8150 | | $54.27 08/06/2010 | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| SOUTHERN CALIFOR [icon] Activate eBills xxxxxx6250 | | $64.01 08/06/2010 | $ | 08/19/2010 | [icon] | 08/23/2010 2 business day(s) |
| Show Payment Summary | | | | | | |
| VERIZON WIRELESS [icon] Activate eBills ⚡ xxxxxxxxxx0001 | $177.87 08/18/2010 | $171.16 07/12/2010 | $ | 08/19/2010 | [icon] | 08/23/2010 ⚡ 2 business day(s) |
| Show Payment Summary | | | | | | |
| WELLS FARGO CRED [icon] Activate eBills xxxxxxxxxxxx3043 | | | $ | 08/19/2010 | [icon] | 08/20/2010 1 business day(s) |
| Show Payment Summary | | | | | | |

https://billpay.wellsfargo.com/az2_laa4_bp/billpay/application/Overview?eventName=Ove...   8/18/2010