Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

## United States Bankruptcy Court
## Central District of California

Alfredo Trejo Villanueva

Margarita Navarrette

)  Chapter 13
)
)  Case No.: 8:10-bk-19527-RK
)
)  **NOTICE OF UNCLAIMED DIVIDEND**
)  **(Bankruptcy Rule 3011)**
)
)
)
)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301173** in the sum of **$ 700.00**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

address of the party entitled to said unclaimed dividend is as follows:

    Rhonda K Walker
    8050 Florence Ave Ste 14
    Downey, CA 92705

Date: September 10, 2011          /S/_____
                    Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 1019527 | Alfredo Trejo Villanueva & Margarita Navarrette | | XXX-XX-1189 | 700.00 | 0.00 | 700.00 |
| | ACCT: | Claim: 00000 | XXX-XX-4631 | | | |
| | | **TOTALS** | | **700.00** | **0.00** | **700.00** |

Alfredo Trejo Villanueva
Margarita Navarrette
BALANCE:          0.00    [0.00  13/00000]
SSN: XXX-XX-1189    SSN: XXX-XX-4631
ACCT:                              CASE: 1019527
PRINCIPAL:        700.00    INTEREST:          0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0301173**

Sep 09, 2011

VOID 90 DAYS FROM DATE

*******$700.00

**PAY**    Seven Hundred And 00 / 100 Dollars

**TO THE**    *U.S. BANKRUTCY COURT (FISCAL DEPT.)*
**ORDER OF**    255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈0301173⑈ ⑆061100790⑆000000575182⑈